Alexis Howell
Carlson Law Group, LLC
645 G Street, Suite 100, #558
Anchorage, AK 99501
P: 907.677.8111
F: 907.917.2075
Email: alexis.h@bcarlsonlaw.com

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:21-cr-00062-JMK-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| vs. | ) | **OUT OF TIME** |
| | ) | |
| ROLANDO HERNANDEZ-ZAMORA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW**, Defendant Rolando Hernandez-Zamora, by and through his counsel of record, Alexis E. Howell of Carlson Law Group, LLC, hereby files this motion for leave to file his Motion for a Bill of Particulars. The basis for the late filing is the date of undersigned counsel's appointment. Counsel was not appointed until March 9, 2024, at which point this motion was already untimely. Further, counsel had to become familiar with case, was placed in a standby status from March 29 to April 25, 2024, and has only recently been reappointed to the case. Rolando acknowledges that his underlying motion is untimely. He has, however, demonstrated good cause for the Court to accept the

MOTION FOR LEAVE TO FILE
OUT OF TIME
Page 1 of 2

*United States v. Hernandez-Zamora*
Case No.: 3:21-cr-00062-JMK-MMS

Case 3:21-cr-00062-MAH   Document 201   Filed 05/06/24   Page 1 of 2

underlying motion based on the good faith reasons for the delay. Further, this motion will cause no delay nor prejudice to the Government. As such, Rolando respectfully requests this Honorable Court to accept his underlying motion as filed. This motion is supported by a Declaration of Counsel and Proposed Order granting the motion. Rolando does not request oral argument or a hearing on this motion.

Respectfully submitted this 6th day of May 2024.

/S/ Alexis Howell
645 G Street, Suite 100, #558
Anchorage, Alaska 99501
P: 907.677.8111 / F: 907.917.2075
Alaska Bar No.: 2305038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of May 2024, a true and accurate copy of the Foregoing Document has been caused to be served via electronic filing to the parties, including:

AUSA Jennifer Lowe Ivers

/S/ Alexis Howell
Alexis Howell

MOTION FOR LEAVE TO FILE
OUT OF TIME
Page 2 of 2

*United States v. Hernandez-Zamora*
Case No.: 3:21-cr-00062-JMK-MMS

Case 3:21-cr-00062-MAH   Document 201   Filed 05/06/24   Page 2 of 2