Alexis Howell
Carlson Law Group, LLC
645 G Street, Suite 100, #558
Anchorage, AK 99501
P: 907.677.8111
F: 907.917.2075
Email: alexis.h@bcarlsonlaw.com

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:21-cr-00062-SLG-MMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR EXTENSION OF** |
| vs. | ) | **TIME TO FILE MOTION FOR** |
| | ) | **NEW TRIAL AND NOTICE OF** |
| ROLANDO HERNANDEZ-ZAMORA, | ) | **APPEAL OF MOTION FOR** |
| | ) | **ACQUITTAL** |
| Defendant. | ) | |
| | ) | |

**COMES NOW**, Defendant Rolando Hernandez-Zamora, by and through his counsel of record, Alexis Howell of Carlson Law Group, LLC, hereby moves this Honorable Court for an extension of time until July 19, 2024, to file his *Motion for New Trial* and *Notice of Appeal for Motion for Acquittal*.

Pursuant to Fed. R. Crim P. 33(b), Rolando's motion and notice are due fourteen (14) days from the date of verdict. Undersigned requires additional time to file Rolando's motion and notice due to the newly discovered information regarding the judicial reassignment and its misconducts, judicial economy to deal with judicial misconduct and

MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
NEW TRIAL AND NOTICE OF APPEAL OF MOTION FOR ACQUITTAL *United States v. Hernandez-Zamora*
Page 1 of 2 Case No.: 3:21-cr-00062-SLG-MMS

Case 3:21-cr-00062-MAH Document 271 Filed 07/15/24 Page 1 of 2

insufficiency of evidence combined with undersigned counsel working on other substantive deadlines and away on vacation during the holiday weekend.

Undersigned counsel communicated with the assigned AUSA via email regarding the present motion for extension of time. No response was received at the time of this filing.

Respectfully submitted this 15th day of July 2024.

/S/ Alexis Howell

645 G Street, Suite 100, #558
Anchorage, Alaska 99501
P: 907.677.8111 / F: 907.917.2075
Alaska Bar No.: 2305038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of July 2024, a true and accurate copy of the Foregoing Document has been caused to be served via electronic filing to the parties, including:

AUSA Jennifer Lowe Ivers

/S/ Alexis Howell
Alexis Howell

MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
NEW TRIAL AND NOTICE OF APPEAL OF MOTION FOR ACQUITTAL   *United States v. Hernandez-Zamora*
Page 2 of 2                                                Case No.: 3:21-cr-00062-SLG-MMS

Case 3:21-cr-00062-MAH     Document 271     Filed 07/15/24     Page 2 of 2