S. LANE TUCKER
United States Attorney

JENNIFER IVERS
SETH BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROLANDO HERNANDEZ-ZAMORA,<br><br>Defendant. | No. 3:21-cr-00062-RRB-MMS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR NEW TRIAL [ECF NO. 276]**

The United States respectfully requests an extension of two weeks to respond to defendant Rolando Hernandez-Zamora's Motion for Appropriate Relief: Dismissal of Indictment or Order of New Trial, filed at Docket 276. The government's current deadline to respond to this post-conviction motion is August 2, 2024. A two-week extension would result in a new deadline of August 16, 2024. This extension is necessary because trial transcripts have not been completed. The transcripts are necessary for the United States to

fully brief the issues raised in Hernandez-Zamora's motion. *See* Doc. 277 (order granting

defendant's request for extension due to need for transcripts). Counsel for Hernandez-

Zamora does not oppose this motion.

RESPECTFULLY SUBMITTED July 26, 2024, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 26, 2024 a true
and correct copy of the foregoing
was served electronically on all counsel of
record.

/s/ Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Hernandez-Zamora
3:21-cr-00062-RRB-MMS