S. LANE TUCKER
United States Attorney

STEVEN D. CLYMER
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (315) 448-0684
Email: steven.d.clymer@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-cr-00062-MAH-MMS |
| Plaintiff, | |
| vs. | |
| ROLANDO HERNANDEZ-ZAMORA, | |
| Defendant. | |

**GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO NEW TRIAL MOTION**

The United States of America, by and through its counsel of record, the United

States Attorney for the District of Alaska, respectfully requests that this Court extend the

government's deadline for responding to defendant Rolando Hernandez-Zamora's *Motion*

*for Appropriate Relief: Dismissal of Indictment or Order of New Trial*, filed at Docket 276

["new trial motion"], until Friday, September 6, 2024.

Hernandez-Zamora filed his new trial motion on July 19, 2024, making the government's response due on August 2, 2024.  On July 26, 2024, the government moved without opposition for a two-week extension of time until August 16, 2024, within which to file its response, explaining that additional time was necessary for completion of trial transcripts.  Docket 280.  The transcripts were important because this case was reassigned to a different judge than the one who presided at trial and Hernandez-Zamora's motion claimed, among other things, that the trial evidence was insufficient.  On July 29, 2024, the Honorable Ralph R. Beistline granted the motion, setting the deadline of August 16, 2024.  Docket 281.

As explained in more detail in the government's *ex parte*, *in camera*, and under seal filing, the government requires additional time in order to properly respond to a claim in Hernandez-Zamora's new trial motion.  Accordingly, the government requests an additional three-week extension of its filing deadline, to Friday, September 6, 2024.  Hernandez-Zamora is in custody.[1]

RESPECTFULLY SUBMITTED August 15, 2024, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*/s/ Steven D. Clymer*
STEVEN D. CLYMER
Special Assistant United States Attorney
United States of America

---

[1] Hernandez-Zamora claims that he has been incarcerated for close to the statutory maximum term for his offense.  Docket 276 at p. 2.  This is not accurate.  He initially was released on conditions.  Doc. 15. After violating pretrial release, he was arrested on December 2, 2021.  Therefore, he has spent less than three years in custody upon his conviction for an offense carrying a statutory maximum five year term.  *See* 18 U.S.C. §§ 2261A & 2261(b)(5).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2024, a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ Steve D. Clymer
Office of the U.S. Attorney